JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-05360-MMM(FMOx) | Date | September 15, 2011 |
|---|---|---|---|

| Title | Bravado International Group Merchandising Services, Inc. vs Merrick Mint, Inc., et al |
|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **(IN CHAMBERS) Dismissing The Action For Lack Of Prosecution**

On March 3, 2011, the court issued an Order to Show Cause directing plaintiff to file a motion for default judgment against defendants Darryl Abramowitz, Edward Friedman and Merrick Mint.

On March 14, 2011, plaintiff filed a response requesting a two week extension to file a motion for default judgment against defendants Darryl Abramowitz and Merrick Mint. Plaintiff noted a default judgment would not be sought against defendant Edward Friedman.

On March 18, 2011, the court extended the Order to Show Cause to March 28, 2011.

No response having been filed, the court orders the action dismissed, without prejudice.